HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00248-AWI-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| LUVELL RONELL BLINKS, | |
| *Defendant.* | |

Defendant, Luvell Ronell Blinks, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On June 4, 2018, Mr. Blinks was sentenced to 60 months in custody and 36 months of supervised release. He began serving his term of supervised release on December 30, 2021. At the direction of his Probation Office, Mr. Blinks called our office seeking assistance with terminating his term of supervised release early. Probation confirmed with our office that it supports the early termination of Mr. Blinks' supervised release.

///

///

Mr. Blinks submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that counsel be appointed to assist Mr. Blinks with terminating his supervised release.

DATED: January 25, 2023

/s/ Eric V Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **January 25, 2023**             /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE