HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LUVELL RONELL BLINKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUVELL RONELL BLINKS,<br><br>Defendant. | Case No. 1:17-CR-00248-AWI-SKO<br><br>*UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; [PROPOSED] ORDER<br><br>Hon. Anthony W. Ishii |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Stephanie Stokman, as well as United States Probation Officer Adrian Garcia, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Mr. Blinks was sentenced in the instant case on June 4, 2018, to 60 months in custody, with a 3-year term of supervised release to follow. *See* Dkt. #27, #28. Mr. Blink's term of supervised release began on December 30, 2021. As of the date of this filing, Mr. Blinks has been on supervised release for a period of approximately 1 years and 1 months, out of the initially imposed 3-year term. During that time, Mr. Blinks has not incurred any violations of supervised release and has remained in compliance all terms and conditions. He has maintained a stable residence and employment through his period of supervision. At present, Mr. Blinks is on low-risk supervision and is living a positive, pro-social, and law-abiding life. Mr. Blinks is in the process of saving money to purchase a home. Mr. Blinks is currently living with his wife, and two kids who are 13 and 10 years old. Mr. Blinks is currently employed as a truck driver. When Mr. Blinks was in a halfway house, he learned how to be a truck driver and has been so employed for the past 16 months.

On January 23, 2023, Mr. Blinks's probation officer, Adrian Garcia, indicated that probation had "no objections" to early termination in Mr. Blinks's case. Similarly, on January 25, 2023, Assistant United States Attorney Stephanie Stokman indicated via email that the Government did not object to early termination. This unopposed motion was reviewed and approved by Ms. Stokman and Officer Garcia prior to its filing.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Blinks and is in the interests of justice.

//

//

//

Blinks – Unopposed Motion for
Early Termination of Supervised Release

2

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 27, 2023      /s/ *Griffin Estes*
                             GRIFFIN ESTES
                             Assistant Federal Defender
                             Attorney for Defendant
                             LUVELL RONELL BLINKS

# **O R D E R**

After consideration of the Defendant's submission, the agreement of all relevant parties, as well as the appropriate statutory factors, IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3583(e), Defendant Luvell Ronell Blinks's term of supervised release is terminated immediately.

IT IS SO ORDERED.

Dated:   January 30, 2023                              _____
                                                        SENIOR DISTRICT JUDGE